IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-173-KDB-DCK

| COLONY DISPLAY LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| BEN McGLOTHLIN, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Local Counsel Nicholas H. Lee on July 31, 2024.

Applicant Kara E. Angeletti seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Kara E. Angeletti is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 31, 2024

David C. Keesler
United States Magistrate Judge